**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6299

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERIC M. FREEDLANDER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CR-91-18, CA-95-825-R)

Submitted: July 25, 1996          Decided: August 7, 1996

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric M. Freedlander, Appellant Pro Se. David T. Maguire, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his second motion for reconsideration of the denial of his motion filed pursuant to 28 U.S.C. § 2255 (1988), as amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1217, in which he asserted that the trial court erred in not instructing the jury on materiality. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, while we grant Appellant's motion for leave to file an amended informal brief, we affirm on the reasoning of the district court. United States v. Freedlander, Nos. CR-91-18; CA-95-825-R (E.D. Va. Jan. 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED